**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF REINSTATEMENT

Appellate case name:     Andrew Whallon, Dahlia Garcia, and Richard Grayshaw v. City of Houston

Appellate case number:   01-11-00333-CV

Trial court case number: 0851588

Trial court:             270th District Court of Harris County

On January 3, 2013, the Court dismissed the above-referenced appeal because appellants had failed to file a brief. Appellants moved for rehearing. We **grant** appellants' motion for rehearing, withdraw our opinion and judgment of January 3, 2013, and reinstate the appeal.

Appellants' brief must be filed **no later than July 15, 2013**. No further extensions of time to file appellants' brief will be granted. If appellants' brief is not filed by the deadline, the Court will dismiss this appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 42.3(b).

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle

Date: June 13, 2013